RAHUL RAVIPUDI, ESQ.
Nevada Bar No. 14750
  *rravipudi@panish.law*
ERIKA CONTRERAS, ESQ.
Nevada Bar No. 12721
  *econtreras@panish.law*
IAN SAMSON, ESQ.
Nevada Bar No. 15089
  *isamson@panish.law*
RACHEL N. SOLOW, ESQ.
Nevada Bar No. 009694
  *rsolow@panish.law*
**PANISH | SHEA | RAVIPUDI LLP**
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
Telephone: 702.560.5520

SHEENA CHRISTMAS-FOSTER, ESQ.
Nevada Bar No. 13462
  *scf@christmasfosterlaw.com*
**CHRISTMAS FOSTER INJURY LAW FIRM**
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Telephone: 702.703.6020
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATCHO ALI, et al.<br><br>            Plaintiffs,<br>     v.<br><br>MEAD CONSTRUCTION, INC., et al.<br><br>            Defendants. | Case No. 2:26-cv-01457-JAD-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE RULE 26 OBLIGATIONS AND RELATED DEADLINES PENDING RULING ON MOTION TO REMAND** |

/ / /

/ / /

/ / /

Plaintiffs ATCHO ALI, et al., and Defendant Pedro Jimenez, (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed a Motion to Remand that is currently pending before the Court and set for hearing July 15, 2026, at 1:30 p.m.;

**WHEREAS**, the Parties anticipate that Defendant Mead Construction, Inc., will be joined as a party in the near future, and the Parties believe it would promote efficiency and conserve the resources of the Court to rule on the Motion to Remand and/or for Mead Construction, Inc., to participate in the Rule 26(f) conference, initial disclosures, and discovery planning process once it appears in this action if it remains in Federal Court;

**WHEREAS**, the Parties believe that proceeding with the Federal Rule of Civil Procedure 26(f) conference, initial disclosures, and discovery planning obligations before the Court determines Plaintiffs' Motion to Remand, and before the anticipated appearance of Mead Construction, Inc., may result in unnecessary duplication of effort and expense;

**WHEREAS**, the Parties have conferred and agree that good cause exists to continue any applicable discovery-related deadlines and obligations under Federal Rule of Civil Procedure 26 or any applicable local rules, pending the Court's resolution of Plaintiffs' Motion to Remand and the anticipated appearance of Mead Construction, Inc.

**WHEREAS,** in the event Plaintiffs' Motion to Remand is denied and this action remains before the Court, the Parties have agreed to coordinate and conduct their Rule 26(f) conference on a mutually convenient date and time.

**IT IS THEREFORE STIPULATED AND AGREED** that:

1. Any current applicable deadlines arising from Federal Rule of Civil Procedure 26, including but not limited to the Rule 26(f) conference, initial disclosures, and submission of a proposed Discovery Plan and Scheduling Order, shall be continued pending the Court's ruling on Plaintiffs' Motion to Remand.

2. The Parties anticipate that Mead Construction, Inc., may be joined and appear in this action in the near future and intend for Mead Construction, Inc., to participate in the Rule 26(f) conference and discovery planning process to avoid duplicative proceedings and promote judicial

PANISH SHEA RAVIPUDI LLP
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
702.560.5520 phone • 310.477.1699 fax

economy.

3.    In the event Plaintiffs' Motion to Remand is denied and the Court retains jurisdiction over this action, the Parties shall conduct their Rule 26(f) conference on a date and time mutually convenient for all Parties' counsel.

4.    Following the Rule 26(f) conference, the Parties shall file their proposed Discovery Plan and Scheduling Order on or before July 29, 2026.

5.    To the extent any Rule 26 obligations or related discovery deadlines would otherwise come due before the Court rules on Plaintiffs' Motion to Remand, those obligations and deadlines shall be stayed and extended consistent with this Stipulation and Order.

DATED this 16th day of June, 2026.

**PANISH | SHEA | RAVIPUDI LLP**

By: */s/ Rachel N. Solow, Esq.*
    RAHUL RAVIPUDI, ESQ. (14750)
    ERIKA CONTRERAS, ESQ (12721)
    IAN SAMSON, ESQ. (15089)
    RACHEL N. SOLOW, ESQ (009694)

**CHRISTMAS-FOSTER INJURY LAW FIRM**
SHEENA CHRISTMAS-FOSTER, ESQ. (13462)
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
*Attorneys for Plaintiffs*

**TYSON & MENDES**

By: */s/ Michel B. Anastassiou, Esq.*
    GRIFFITH H. HAYES, ESQ.
    Nevada Bar No. 7374
    MICHEL B. ANASTASSIOU, ESQ.
    Nevada Bar No. 15697
    2835 St. Rose Pkwy., Suite 140
    Henderson, NV 89052
    *Attorneys for Defendant Pedro Jimenez*

PANISH SHEA RAVIPUDI LLP
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
702.560.5520 phone • 310.477.1699 fax

PANISH SHEA RAVIPUDI LLP
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
702.560.5520 phone • 310.477.1699 fax

## ORDER

The Court, having reviewed the Parties' Stipulation to Continue Rule 26 Obligations and Related Deadlines, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is GRANTED.

IT IS FURTHER ORDERED that any currently applicable deadlines arising under Federal Rule Civil Procedure 26, including but not limited to the Rule 26(f) conference, initial disclosures, and submission of a proposed Discovery Plan and Scheduling Order, are continued pending the Court's ruling on Plaintiff's Motion to Remand.

IT IS FURTHER ORDERED that, in light of the anticipated appearance of Mead Construction, Inc. as a party in this action and in the interest of judicial economy, Mead Construction, Inc. may participate in the Rule 26(f) conference and discovery planning process upon its appearance.

IT IS FURTHER ORDERED that, should Plaintiff's Motion to Remand be denied and this action remain before this Court, the Parties shall conduct their Rule 26(f) conference on July 21, 2026, or July 23, 2026, at a mutually agreed time.

IT IS FURTHER ORDERED that the Parties shall file their proposed Discovery Plan and Scheduling Order on or before July 29, 2026.

IT IS FURTHER ORDERED that all Rule 26 obligations and related discovery deadlines that would otherwise come due before the Court rules on Plaintiff's Motion to Remand are stayed and extended consistent with this Order.

IT IS SO ORDERED.

DATED this _____17th_____ day of _____June_____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

4