**TYSON & MENDES LLP**
GRIFFITH HAYES
Nevada Bar No. 7374
Email:  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Pedro Jimenez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ATCHO ALI, individually; ATCHO ALI, as guardian ad litem for I.M.A., a minor; and ATCHO ALI, as administrator for the ESTATE OF SABI MOROU ASSOSSO,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEAD CONSTRUCTION, INC., a foreign corporation; PEDRO JIMENEZ, an individual; DOES 1 through 10, inclusive; and ROE COMPANIES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:26-CV-01457<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT PEDRO JIMENEZ TO FILE OPPOSITION TO MOTION TO REMAND** |

On June 9, 2026 Plaintiffs filed a Motion to Remand. Pursuant to the current briefing schedule, Defendant's opposition to the Motion to Remand is currently due on June 23, 2026, and Plaintiff's reply is thereafter due pursuant to the Local Rules.

The parties had a telephonic meet and confer on June 22, 2206.  Defendant's requested Plaintiffs to agree to a one week extension to file an opposition to Plaintiffs' motion for remand. Plaintiffs do not oppose this request.

Good cause exists for the requested extension because Defendant requires additional time to obtain a declaration from Mr. Jimenez in support of his opposition.

On June 22, 2026, Mr. Jimenez was sentenced and remanded into custody. As a result, defense counsel must coordinate a visit with Mr. Jimenez at the jail to discuss the contents of his declaration and obtain his signature, which requires additional time beyond the current deadline.

1

Accordingly, the parties stipulate the following modified schedule:

Defendant's Opposition to Plaintiffs' Motion to Remand of Defendant shall be due on June 30, 2026.

The Reply of Plaintiffs in support of the Motion to Remand shall be due on July 7, 2026.

This extension will not affect any other deadlines in this matter. The hearing on Plaintiff's motion to Remand will remain on calendar for July 15, 2026.

This stipulation is made in good faith and not for purposes of delay.

Dated this 24th day of June 2026.

**TYSON & MENDES LLP**


_/s/ Griffith H. Hayes_
GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
_Attorneys for Defendant_

Dated this 24th day of June, 2026.

**PANISH | SHEA | RAVIPUDI LLP**

_/s/ Rachel Solow_


RAHUL RAVIPUDI
Nevada Bar No. 14750
RACHEL N. SOLOW
Nevada Bar No. 9694
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101

&

**CHRISTMAS FOSTER INJURY LAW FIRM**
SHEENA CHRISTMAS-FOSTER
Nevada Bar No. 13462
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
_Attorney for Plaintiff_

**IT IS SO ORDERED:**


UNITED STATES DISTRICT JUDGE
Dated 6/25/2026

2